ANNIE ABEL, Respondent, v. CITY OF NEW ROCHELLE, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with

* Consol. Laws, chap. 25 (Laws of 1909, chap. 30), § 200, as amd. by Laws of 1911, chap. 624.— [REP.

costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.